IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00234-ZLW

ICIS MCCRAY,

    Plaintiff,

v.

JAMES J. PETERS,
MICHAEL FREDDERICK,
RYAN BELLEAU, and
MARILYN LEONARD,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 5 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR DISTRICT JUDGE ZITA L. WEINSHIENK

The instant action was dismissed without prejudice on March 29, 2006, for failure to cure and for failure to prosecute. Therefore, Plaintiff's motion to stay proceedings pending criminal appeal submitted to the Court and filed on April 4, 2006, is DENIED as moot. The complaint also submitted to the Court and filed on April 4 will not be considered.

Dated: April 5, 2006

Copies of this Minute Order mailed on April 5, 2006, to the following:

Icis McCray
1700 Spruce Street
Denver, CO 80220

                                                   Secretary/Deputy Clerk